IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,  )
                            )
            Plaintiff,       )
                            )
        v.                   )          Criminal Action No.
                            )          05-00397-01-CR-W-GAF
LEANDRO DIAZ-ROA,           )
                            )
            Defendant.       )

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Robert E.

Larsen, to which the 10-day objection period has been waived by the parties, Defendant's plea of

guilty is now accepted.  Defendant is adjudged guilty of such offense.  Sentencing will be set by

subsequent order of the court.


　　　/s/ Gary A. Fenner
GARY A. FENNER
United States District Judge

Kansas City, Missouri
November 22, 2005